1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   Assistant U.S. Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6    United States of America

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9
                                    )  1:13-cr-00136-AWI-BAM
10  UNITED STATES OF AMERICA,        )
                                     )
11              Plaintiff,           )
                                     )  **STIPULATION AND PROTECTIVE**
12                                   )  **ORDER BETWEEN THE UNITED**
           v.                        )  **STATES AND DEFENDANT CHANRATH**
13                                   )  **YIM YATH**
                                     )
14  CHANRATH YIM YATH,               )
                                     )
15                                   )
                Defendant.           )
16  _____ )

17
        WHEREAS, the discovery in this case is voluminous and contains a
18
    large amount of personal and confidential information including but not
19
    limited to Social Security numbers, dates of birth, bank account
20
    numbers, telephone numbers, and residential addresses ("Protected
21
    Information"); and
22
        WHEREAS, the parties desire to avoid both the necessity of large
23
    scale redactions and the unauthorized disclosure or dissemination of
24
    this information to anyone not a party to the court proceedings in this
25
    matter;
26
        The parties agree that entry of a stipulated protective order is
27
    appropriate.
28

1    THEREFORE, Defendant Chanrath Yim Yath ("Defendant"), by and

2  through his counsel of record, Carl Faller ("Defense Counsel"), and the

3  United States of America, by and through Assistant United States

4  Attorney Grant B. Rabenn, hereby agree and stipulate as follows:

5    1.    This Court may enter a protective order pursuant to Rule 16(d)

6  of the Federal Rules of Criminal Procedure, and its general supervisory

7  authority.

8    2.    This Order pertains to all discovery provided to or made

9  available to Defense Counsel as part of discovery in this case

10  (hereafter, collectively known as "the discovery").

11    3.    By signing this Stipulation and Protective Order, Defense

12  Counsel agrees not to share any documents that contain Protected

13  Information with anyone other than Defense Counsel attorneys, designated

14  defense investigators, and support staff.  Defense Counsel may permit

15  Defendant to view unredacted documents in the presence of his attorney,

16  defense investigators, and support staff.  The parties agree that

17  Defense Counsel, defense investigators, and support staff shall not

18  allow Defendant to copy Protected Information contained in the

19  discovery.     The parties agree that Defense Counsel, defense

20  investigators, and support staff may provide Defendant with copies of

21  documents from which Protected Information has been redacted.

22    4.    The discovery and information therein may be used only in

23  connection with the litigation of this case and for no other purpose.

24  The discovery is now and will forever remain the property of the United

25  States of America ("Government").   Defense Counsel will return the

26  discovery to the Government or certify that it has been shredded at the

27  conclusion of the case.

28    5.    Defense Counsel will store the discovery in a secure place and

1  will use reasonable care to ensure that it is not disclosed to third

2  persons in violation of this agreement.

3       6.    Defense Counsel shall be responsible for advising Defendant,

4  employees, and other members of the defense team, and defense witnesses

5  of the contents of this Stipulation and Order.

6       7.    In the event that Defendant substitutes counsel, undersigned

7  Defense Counsel agrees to withhold discovery from new counsel unless and

8  until substituted counsel agrees also to be bound by this Order.

9       8.   Defense Counsel reserves the right to later seek to have the

10 terms of this Order modified or revoked.   Defense Counsel agrees to

11 return the discovery to the Government in its complete form if the terms

12 of this Order are modified or revoked if so requested by the United

13 States.

14      IT IS SO STIPULATED.

15 DATED: April 25, 2013                BENJAMIN B. WAGNER
                                        United States Attorney

16

17                          By:         /s/ Grant B. Rabenn
                                        GRANT B. RABENN
18                                      Assistant U.S. Attorney

19
   DATED: April 25, 2013  By:           /s/ Carl M. Faller
20                                      CARL M. FALLER
                                        Attorney for Defendant
21

22 IT IS SO ORDERED.

23 Dated:   April 30, 2013              _____

24                                         SENIOR  DISTRICT  JUDGE

25

26

27

28

3