CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant
CHANRATH YATH

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:13-cr-00136 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO ADVANCE<br>) SENTENCING HEARING |
| vs. | ) |
| CHANRATH YATH, | ) Date:  May 19, 2014<br>) Time:  10:00 am |
| Defendant. | ) Honorable Anthony W. Ishii |

It is hereby stipulated by and between the parties hereto, through their attorneys of record as follows:

The sentencing hearing is currently set in this matter for June 2, 2014 at 10:00 am.  It is respectfully stipulated and requested that the sentencing hearing be advanced to May 19, 2014 at 10:00 am.  The Presentence Report has been completed and the parties are ready to proceed with sentencing on that date.

Dated:  May 2, 2014

/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant
CHANRATH YATH

///

///

///

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Grant Raeben
GRANT RAEBEN
Assistant U.S. Attorney

## ORDER

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the defendant's sentencing hearing currently set for June 2, 2014 at 10:00 am, be advanced to May 19, 2014 at 10:00 am.

IT IS SO ORDERED.

Dated:   May 5, 2014

_____
SENIOR DISTRICT JUDGE